IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

v.          **CRIMINAL NO. 4:21cr45-SA-JMV-1**

**JAMES WOODS**

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On petition of Clyde McGee, Assistant United States Attorney for the Northern District of Mississippi, in the above-entitled cause, it is hereby

ORDERED:

That a writ of habeas corpus ad prosequendum forthwith issue from this court directed to the Leflore County Sheriff's Department, 3600 County Road 540, Greenwood, Mississippi 38935, the United States Marshal for the Northern District of Mississippi; and/or any other United States Federal Agency, commanding them to produce the body of JAMES WOODS (B/M, DOB 1989, SSN 4309) before this court in Oxford, Mississippi on June 2, 2021, at 1:30 p.m. for the initial appearance, and directing them to return forthwith thereafter the said JAMES WOODS to the custody of the Leflore County Sheriff's Department in Greenwood, Mississippi, at the conclusion of the above cause.

This the 20th day of May, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE